

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00626-CR

**EX PARTE** Abraham **VASQUEZ-MARQUEZ**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000721L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

Appellant's brief was due on November 17, 2022. On November 9, 2022, appellant filed a motion requesting a forty-five-day extension of time to file the brief. After consideration, we **grant** the motion and **order** appellant to file his brief **by January 2, 2023.** Further requests for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court